1  Lawrence Chow
   9 College Terrace
2  San Francisco, CA  94112
   Tel:   +1 415 850 5284
3
   Plaintiff, *Pro Se*
4

5  L. Julius M. Turman (SBN 226126)
   Email:     jturman@reedsmith.com
6  Geneva A. Collins (SBN 187023)
   Email:     gcollins@reedsmith.com
7  REED SMITH LLP
   101 Second Street
8  Suite 1800
   San Francisco, CA  94105-3659
9  Telephone: +1 415 543 8700
   Facsimile: +1 415 391 8269
10
   Attorneys for Defendant
11 Bank of America, N.A. (erroneously sued as
   Bank of America Corporation)
12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15

16 LAWRENCE CHOW,                          Case No.: 3:14-cv-0793 - MMC

17              Plaintiff,                 **[PROPOSED]** ORDER RE STIPULATION
                                           OF DISMISSAL WITH PREJUDICE
18       vs.

19 BANK OF AMERICA CORPORATION, and        Honorable Maxine M. Chesney
   DOES 1 through 50, inclusive,
20
                Defendants.
21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1     IT IS HEREBY ORDERED by and between Plaintiff Lawrence Chow and Defendant Bank of

2   America, N.A., that the above-entitled action be dismissed with prejudice.  Each party shall bear its

3   own attorney's fees and costs.

4   IT IS SO ORDERED

5

6   Date: May 2, 2014                                    By: _____

7                                                            Hon. Maxine M. Chesney
                                                             United States District Judge

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware